IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY D. EDWARDS,

       Plaintiff,                        No. CIV S-06-2081 GEB DAD P

   vs.

E.A. SAUCEDO, et al.,

       Defendants.              ORDER

/

       Plaintiff has requested an extension of time to file the documents necessary to effect service on defendants pursuant to the court's order of March 7, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's April 16, 2008 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file the documents necessary to effect service on defendants.

DATED: April 18, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
edwa2081.36usm