IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY D. EDWARDS,

       Plaintiff,                       No. CIV S-06-2081 GEB DAD P

   vs.

E.A. SAUCEDO, et al.,

       Defendants.                  ORDER

_____/

       Plaintiff is a state prisoner, housed at California State Prison (CSP) - Solano, proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. On December 9, 2008, U.S. Magistrate Judge Nandor Vadas of the Northern District of California (cross-designated for settlement purposes in the Eastern District of California), will be available for settlement conferences at CSP-Solano. The parties have filed a stipulation and request to refer this matter to Judge Vadas for a settlement conference. Good cause appearing, this case is referred to Magistrate Judge Vadas to conduct a settlement conference.

       IT IS THEREFORE ORDERED that:

       1. This case is set for settlement conference on December 9, 2008, 11:00 am at CSP-Solano, 2200 Peabody Road, Vacaville, California.

/////

1

2. The Clerk of the Court is directed to send a copy of the instant order to Magistrate Judge Nandor Vadas, Northern District of California, 514 H Street, Eureka, California 95501-1038.

3. Magistrate Judge Nandor Vadas shall file a report on the docket in this case, within twenty days of the settlement conference, indicating the outcome of the settlement proceedings.

4. The parties are directed to mail confidential settlement conference statements to Magistrate Judge Vadas at P.O. Box 1306, Eureka, CA 95502, so that they reach him by December 3, 2008.

DATED: November 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
edwa2081.sc