1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11
12

LARRY D. EDWARDS,

Case No C 06-2081 DAD

13

      Plaintiff,

REPORT OF PRO SE PRISONER
EARLY SETTLEMENT
PROCEEDING

14

          v

15

E.A. SAUCEDO et al.,

16

      Defendants.

17
18
19

     A settlement conference in this matter was held on __December 9, 2008__.  The results of

20

that proceeding are indicated below:

21

(1)    The following individuals, parties, and/or representatives participated in the

22

     proceeding, each possessing the requisite settlement authority:

23

      ☒  Plaintiff

24

      ☐  Warden or warden's representative

25

      ☒  Office of the California Attorney General, William J. Douglas

26

      ☒  Other: California Department of Corrections and Rehabilitation, Jeff Hook

27
28

**United States District Court**
For the Northern District of California

1   (2)        The following individuals, parties, and/or representatives did not appear:

2   (3)        The outcome of the proceeding was:

3              ☐ The case has been completely settled.

4              ☐ The case has been partially resolved and, on or before

5   _____, counsel for defendants shall file a joint stipulation specifying

6   those claims which have been resolved and those that remain to be resolved by the Court.

7              ☐ The parties agree to an additional follow up settlement on

8   _____.

9              ☒ The parties are unable to reach an agreement at this time.

10

11  Date: 12/31/08                                    _____
                                                      Nandor J Vadas
12                                                    United States Magistrate Judge
                                                      Northern District of California
13                                                    Sitting by Designation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

1

2 UNITED STATES DISTRICT COURT

3 EASTERN DISTRICT OF CALIFORNIA

4

5 EDWARDS                              No. C 06-2081

6 v.                                   CERTIFICATE OF SERVICE

7 SAUCEDO
_____/

8

9 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

10 That on 12/31/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

11

12

13 **Larry D Edwards**
K-88642

14 California State Prison Solano
PO Box 4000

15 Vacaville, CA 95696-4000

16

17

18                                   RICHARD W. WIEKING, CLERK

19

20

21                              By:/s/_____

22                                     Deputy Clerk

23

24

25

26

27

28                                        3

United States District Court
For the Northern District of California