1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY EDWARDS,

       Plaintiff,                      No. CIV S-06-2081 GEB DAD P

    vs.

E.A. SAUCEDO, et al.,

       Defendants.          ORDER

_____/

       All parties have stipulated that this action be dismissed with prejudice. Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: January 26, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
edwa2081.59c