IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY D. EDWARDS,

    Plaintiff,

    v

E.A. SAUCEDO et al.,

    Defendants.

Case No C 06-2081 DAD

SECOND REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

    A settlement conference in this matter was held on <u>December 9, 2008</u>. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, William J. Douglas

    ☒ Other: California Department of Corrections and Rehabilitation, Jeff Hook

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.  The parties conferred after the settlement conference, and the court has been informed by the California State Attorney General's Office through William Douglas that the matter has been settled in full.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date: 2/23/09

_____
Nandor J Vadas
United States Magistrate Judge
Northern District of California
Sitting by Designation

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARDS                                             No. C 06-2081

v.                                                  CERTIFICATE OF SERVICE

SAUCEDO
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/23/09_____, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Larry D Edwards**
K-88642
California State Prison Solano
PO Box 4000
Vacaville, CA 95696-4000


RICHARD W. WIEKING, CLERK


By:/s/_____
        Deputy Clerk

3